The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DWIGHT G. SHAW, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

CELLCO PARTNERSHIP, a Delaware General partnership d/b/a Verizon Wireless, et al,

Defendants.

Case No. CV10-0184 RSL

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**

Defendants Snackable Media, LLC ("Snackable") and Predicto Mobile, LLC ("Predicto") (collectively "Defendants"), by and through their counsel, John W. Phillips and Phillips Law Group, PLLC, answer Plaintiff's Complaint for Injunctive and Declaratory Relief, Damages and Rescission ("Complaint") upon information and belief as follows:

## I.      INTRODUCTION

1.1      Defendants deny the allegations contained in paragraph 1.1 of the Complaint.

1.2      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.2 of the Complaint, and therefore deny the same.

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 1**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

## II.     PARTIES

2.1     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.1 of the Complaint, and therefore deny the same.

2.2     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.2 of the Complaint, and therefore deny the same.

2.3     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.3 of the Complaint, and therefore deny the same.

2.4     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.4 of the Complaint, and therefore deny the same.

2.5     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations concerning co-defendant OpenMarket Inc. ("OpenMarket") contained in paragraph 2.5 of the Complaint, and therefore deny the same.  To the extent that the allegations contained in paragraph 2.5 relate to Defendants, Defendants deny such allegations.

2.6     Defendants admit that Snackable Media is a Nevada limited liability company with its principal place of business in New York.  Defendants deny the remaining allegations contained in paragraph 2.6.

2.7     Defendants admit that Predicto is a Delaware limited liability company.  The allegation in paragraph 2.7 relating to where Predicto conducts business calls for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny such allegation.  Defendants deny the remaining allegations contained in paragraph 2.7.

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 2**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

### III.    JURISDICTION AND VENUE

3.1     The allegations contained in paragraph 3.1 call for conclusions of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 3.1.

3.2     The allegations contained in paragraph 3.2 call for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 3.2.

### IV.  STATEMENT OF THE CASE

**A.     Verizon Uses Negative Opt-Out Sales Practices That Set Consumers Up to Be Billed for Unauthorized Charges**

4.1     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.1 of the Complaint, and therefore deny the same.

4.2     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.2 of the Complaint, and therefore deny the same.

4.3     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.3 of the Complaint, and therefore deny the same.

4.4     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.4 of the Complaint, and therefore deny the same.

4.5     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.5 of the Complaint, and therefore deny the same.

4.6     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.6 of the Complaint, and therefore deny the same.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 3

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

4.7     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.7 of the Complaint, and therefore deny the same.

4.8     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.8 of the Complaint, and therefore deny the same.

4.9     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.9 of the Complaint, and therefore deny the same.

4.10    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.10 of the Complaint, and therefore deny the same.

4.11    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.11 of the Complaint, and therefore deny the same.

**B.     The Mobile Content Industry**

4.12    To the extent that the allegations contained in paragraph 4.12 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.12.

4.13    To the extent that the allegations contained in paragraph 4.13 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.13.

4.14    To the extent that the allegations contained in paragraph 4.14 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.14.

4.15    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.15 of the Complaint, and therefore deny the same.

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 4**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

4.16     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.16 of the Complaint, and therefore deny the same.

4.17     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.17 of the Complaint, and therefore deny the same.

4.18     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.18 of the Complaint, and therefore deny the same.

4.19     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.19 of the Complaint, and therefore deny the same.

4.20     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.20 of the Complaint, and therefore deny the same.

4.21     To the extent that the allegations contained in paragraph 4.21 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.21.

**C.     Defendants Perpetuate a Billing and Collection System That Facilitates, Rather than Protects Against, Mistaken and Fraudulent Billing**

4.22     To the extent that the allegations contained in paragraph 4.22 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.22.

4.23     To the extent that the allegations contained in paragraph 4.23 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.23.

4.24     To the extent that the allegations contained in paragraph 4.24 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.24.

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 5**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-6163
fax (206) 382-6168

4.25 To the extent that the allegations contained in paragraph 4.25 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.25.

4.26 To the extent that the allegations contained in paragraph 4.26 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.26.

4.27 To the extent that the allegations contained in paragraph 4.27 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.27.

4.28 To the extent that the allegations contained in paragraph 4.28 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.28.

4.29 To the extent that the allegations contained in paragraph 4.29 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.29.

4.30 Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.30 of the Complaint, and therefore deny the same.

4.31 To the extent that the allegations contained in paragraph 4.31 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.31.

**D.     Snackable and Predicto's Unfair and Deceptive Conduct**

4.32 Defendants deny the allegations contained in paragraph 4.32 of the Complaint.

4.33 Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.33 of the Complaint, and therefore deny the same.

4.34 Defendants deny the allegations contained in paragraph 4.34 of the Complaint.

4.35 Defendants deny the allegations contained in paragraph 4.35 of the Complaint.

4.36 Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.36 of the Complaint, and therefore deny the same.

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 6**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

4.37    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.37 of the Complaint, and therefore deny the same.

**E.    OpenMarket's Unfair and Deceptive Conduct**

4.38    Defendants deny the allegations contained in paragraph 4.38 of the Complaint.

4.39    To the extent that the allegations contained in paragraph 4.39 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.39.

4.40    To the extent that the allegations contained in paragraph 4.40 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.40.

**F.    Verizon's Additional Unfair and Deceptive Conduct**

4.41    To the extent that the allegations contained in paragraph 4.41 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.41.

4.42    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.42 of the Complaint, and therefore deny the same.

4.43    To the extent that the allegations contained in paragraph 4.43 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.43.

4.44    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.44 of the Complaint, and therefore deny the same.

4.45    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.45 of the Complaint, and therefore deny the same.

4.46    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.46 of the Complaint, and therefore deny the same.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 7

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

4.47     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.47 of the Complaint, and therefore deny the same.

4.48     To the extent that the allegations contained in paragraph 4.48 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.48.

4.49     To the extent that the allegations contained in paragraph 4.49 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.49.

4.50     To the extent that the allegations contained in paragraph 4.50 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 4.50.

**G.     The Facts Relating to Named Plaintiff**

4.51     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.51 of the Complaint, and therefore deny the same.

4.52     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.52 of the Complaint, and therefore deny the same.

4.53     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.53 of the Complaint, and therefore deny the same.

4.54     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.54 of the Complaint, and therefore deny the same.

4.55     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.55 of the Complaint, and therefore deny the same.

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 8**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

4.56    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.56 of the Complaint, and therefore deny the same.

4.57    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.57 of the Complaint, and therefore deny the same.

4.58    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.58 of the Complaint, and therefore deny the same.

4.59    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.59 of the Complaint, and therefore deny the same.

4.60    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.60 of the Complaint, and therefore deny the same.

4.61    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.61 of the Complaint, and therefore deny the same.

4.62    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.62 of the Complaint, and therefore deny the same.

4.63    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.63 of the Complaint, and therefore deny the same.

4.64    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4.64 of the Complaint, and therefore deny the same.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 9

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

1    4.65    Defendants are without knowledge or information sufficient to form a belief as to
2 the truth of the allegations contained in paragraph 4.65 of the Complaint, and therefore deny the
3 same.

4    4.66    To the extent that the allegations contained in paragraph 4.66 of the Complaint
5 relate to Defendants, Defendants deny the allegations contained in paragraph 4.66.

## V.    CLASS ACTION ALLEGATIONS

7    5.1    The allegations contained in paragraph 5.1 of the Complaint call for a conclusion
8 of law to which no response is required.  To the extent that a response is required, Defendants
9 deny the allegations contained in paragraph 5.1.

10    5.2    The allegations contained in paragraph 5.2 of the Complaint call for a conclusion
11 of law to which no response is required.  To the extent that a response is required, Defendants
12 deny the allegations contained in paragraph 5.2.

13    5.3    Paragraph 5.3 of the Complaint does not contain any allegations of fact that can
14 be admitted or denied.

15    5.4    The allegations contained in paragraph 5.4 of the Complaint call for a conclusion
16 of law to which no response is required.  To the extent that a response is required, Defendants
17 deny the allegations contained in paragraph 5.4.

18    5.5    The allegations contained in paragraph 5.5 of the Complaint call for a conclusion
19 of law to which no response is required.  To the extent that a response is required, Defendants
20 deny the allegations contained in paragraph 5.5.

21    5.6    Defendants deny the allegations contained in paragraph 5.6 of the Complaint.

22    5.7    Defendants deny the allegations contained in paragraph 5.7 of the Complaint.

23    5.8    Defendants deny the allegations contained in paragraph 5.8 of the Complaint.

24    5.9    The allegations contained in paragraph 5.9 of the Complaint call for a conclusion
25 of law to which no response is required.  To the extent that a response is required, Defendants
26 deny the allegations contained in paragraph 5.9.

27

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 10**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

1    5.10    The allegations contained in paragraph 5.10 of the Complaint (including

2    subsections 5.10.1 through 5.10.4) call for a conclusion of law to which no response is required.

3    To the extent that a response is required, Defendants deny the allegations contained in paragraph

4    5.10.

5    5.11.    The allegations contained in paragraph 5.11 of the Complaint (including

6    subsections 5.11.1 through 5.11.3) call for a conclusion of law to which no response is required.

7    To the extent that a response is required, Defendants deny the allegations contained in paragraph

8    5.11.

9    5.12    The allegations contained in paragraph 5.12 of the Complaint (including

10   subsections 5.12.1 through 5.12.2) call for a conclusion of law to which no response is required.

11   To the extent that a response is required, Defendants deny the allegations contained in paragraph

12   5.12.

13   5.13    The allegations contained in paragraph 5.13 of the Complaint call for a conclusion

14   of law to which no response is required.  To the extent that a response is required, Defendants

15   deny the allegations contained in paragraph 5.13.

16   5.14    Defendants deny the allegations contained in paragraph 5.14 of the Complaint.

17   5.15    The allegations contained in paragraph 5.15 of the Complaint call for a conclusion

18   of law to which no response is required.  To the extent that a response is required, Defendants

19   deny the allegations contained in paragraph 5.15.

20   5.16    The allegations contained in paragraph 5.16 of the Complaint call for a conclusion

21   of law to which no response is required.  To the extent that a response is required, Defendants

22   deny the allegations contained in paragraph 5.16.

23   5.17    Defendants deny the allegations contained in paragraph 5.17 of the Complaint.

24   5.18    To the extent that the allegations contained in paragraph 5.18 of the Complaint

25   relate to Defendants, Defendants deny the allegations contained in paragraph 5.18.

26

27

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 11**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

## VI.   FIRST CAUSE OF ACTION
**(Unjust Enrichment Against All Defendants on Behalf of Plaintiff and the Verizon Washington Class, the OpenMarket Subclass and the Snackable Class)**

6.1     In response to the allegations set forth in paragraph 6.1 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1.1 through 5.18 of the Complaint as if fully set forth herein.

6.2     Defendants deny the allegations contained in paragraph 6.2 of the Complaint.

6.3     Defendants deny the allegations contained in paragraph 6.3 of the Complaint.

6.4     Defendants deny the allegations contained in paragraph 6.4 of the Complaint.

6.5     Defendants deny the allegations contained in paragraph 6.5 of the Complaint.

## VII.   SECOND CAUSE OF ACTION
**(Violation of Washington Consumer Protection Act, RCW 19.86, *et seq*. Against All Defendants on Behalf of Plaintiff and Verizon Washington Class, the OpenMarket Subclass and the Snackable Class)**

7.1     In response to the allegations set forth in paragraph 7.1 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1.1 through 6.5 of the Complaint as if fully set forth herein.

7.2     To the extent that the allegations contained in paragraph 7.2 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 7.2.

7.3     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7.3 of the Complaint, and therefore deny the same.

7.4     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7.4 of the Complaint, and therefore deny the same.

7.5     Defendants deny the allegations contained in paragraph 7.5 of the Complaint.

7.6     To the extent that the allegations contained in paragraph 7.6 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 7.6.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO
MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES
TO COMPLAINT (CV10-0184 RSL) - 12

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

7.7     To the extent that the allegations contained in paragraph 7.7 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 7.7.

7.8     To the extent that the allegations contained in paragraph 7.8 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 7.8.

7.9     Defendants deny the allegations contained in paragraph 7.9 of the Complaint.

7.10    Defendants deny the allegations contained in paragraph 7.10 of the Complaint.

7.11    The allegations contained in paragraph 7.11 of the Complaint call for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 7.11.

## VIII.   THIRD CAUSE OF ACTION
**(Declaratory Relief Under The Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*. Against All Defendants on Behalf of Plaintiff and the Verizon Nationwide Class, the OpenMarket Subclass and the Snackable Class)**

8.1     In response to the allegations set forth in paragraph 8.1 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1.1 through 7.11 of the Complaint as if fully set forth herein.

8.2     To the extent that the allegations contained in paragraph 8.2 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 8.2.

8.3     Defendants deny the allegations contained in paragraph 8.3 of the Complaint.

## IX.     FOURTH CAUSE OF ACTION
**(Breach of Contract Against Verizon on Behalf of Plaintiff and the Verizon Washington Class)**

9.1     In response to the allegations set forth in paragraph 9.1 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1.1 through 8.3 of the Complaint as if fully set forth herein.

9.2     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.2 of the Complaint, and therefore deny the same.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 13

9.3     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.3 of the Complaint, and therefore deny the same.

9.4     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.4 of the Complaint, and therefore deny the same.

9.5     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.5 of the Complaint, and therefore deny the same.

9.6     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.6 of the Complaint, and therefore deny the same.

9.7     The allegations contained in paragraph 9.7 of the Complaint call for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 9.7.

9.8     The allegations contained in paragraph 9.8 of the Complaint call for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 9.8.

## X.     FIFTH CAUSE OF ACTION
### (Violation of the Federal Communications Act, 47 U.S.C. § 201 Against Verizon on Behalf of Plaintiff and the Verizon Nationwide Class)

10.1     In response to the allegations set forth in paragraph 10.1 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1.1 through 9.8 of the Complaint as if fully set forth herein.

10.2     The allegations contained in paragraph 10.2 of the Complaint call for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 10.2.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 14

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

10.3    The allegations contained in paragraph 10.3 of the Complaint call for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 10.3.

10.4    The allegations contained in paragraph 10.4 of the Complaint call for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 10.4.

10.5    The allegations contained in paragraph 10.5 of the Complaint call for a conclusion of law to which no response is required.  To the extent that a response is required, Defendants deny the allegations contained in paragraph 10.5.

## XI.    SIXTH CAUSE OF ACTION
**(Tortious Interference with a Business Expectancy Against OpenMarket, Snackable and Predict on Behalf of the Snackable Verizon Subclass and OpenMarket Subclass)**

11.1    In response to the allegations set forth in paragraph 11.1 of the Complaint, Defendants repeat and reallege their responses to paragraphs 1.1 through 10.5 of the Complaint as if fully set forth herein.

11.2    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11.2 of the Complaint, and therefore deny the same.

11.3    To the extent that the allegations contained in paragraph 11.3 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 11.3.

11.4    To the extent that the allegations contained in paragraph 11.4 of the Complaint relate to Defendants, Defendants deny the allegations contained in paragraph 11.4.

11.5    Defendants deny the allegations contained in paragraph 11.5 of the Complaint.

## XII.    PLAINTIFF'S REQUEST FOR RELIEF

Answering Section XII of the Complaint, entitled "Request for Relief," and all of its subparts, Defendants deny that Plaintiff, or any other person, is entitled to any relief sought in the Complaint or any other relief sought in this action.  Defendants further deny all allegations,

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 15

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

claims, and other statements (including headings) contained in the Complaint unless specifically admitted herein.

## AFFIRMATIVE DEFENSES

By way of further answer and as affirmative defenses, Defendants, upon information and belief, state and allege as follows:

### First Affirmative Defense
### (Failure to State a Claim)

1.      Some or all of Plaintiff's claims fail to state a cause of action for which relief may be granted.

### Second Affirmative Defense
### (Laches, Estoppel, Waiver)

2.      Plaintiff's claims and the claims of putative class members are barred, in whole or in part, by the doctrines of laches, estoppel, and waiver.

### Third Affirmative Defense
### (Reasonableness and Good Faith)

3.      Defendants acted reasonably and in good faith at all times material to Plaintiff's claims.  Accordingly, Plaintiff and putative class members are barred from any recovery from Defendants in this action, or any recovery from Defendants is limited.

### Fourth Affirmative Defense
### (Statute of Limitations)

4.      Plaintiff's claims and the claims of putative class members are barred, in whole or in part, by applicable statutes of limitation.

### Fifth Affirmative Defense
### (Voluntary Payment Doctrine)

5.      Plaintiff's claims and the claims of putative class members are barred, in whole or in part, by the voluntary payment doctrine.

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 16**

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

### Sixth Affirmative Defense
### (Promise Not to Bring Class Action)

6.      Plaintiff's claims and the claims of putative class members are barred, in whole or in part, by their promise not to assert or maintain a claim nor to join an action on a class-wide basis against Defendants.

### Seventh Affirmative Defense
### (No Causation)

7.      The Complaint and each purported claim for relief are barred because Plaintiff and putative class members' alleged damages, if any, were not caused by Defendants.

### Eighth Affirmative Defense
### (Election of Remedies)

8.      Plaintiff's claims and the claims of putative class members are barred, in whole or in part, by the doctrine of election of remedies.

### Ninth Affirmative Defense
### (Unclean Hands)

9.      Plaintiff's claims and the claims of putative class members are barred, in whole or in part, by the equitable doctrine of unclean hands.

### Tenth Affirmative Defense
### (Equitable Estoppel)

10.      Plaintiff's claims and the claims of putative class members are barred, in whole or in part, by the doctrine of equitable estoppel by reason of their acts, omissions, representations, and courses of conduct, upon which Defendants detrimentally relied.

### Eleventh Affirmative Defense
### (Performance Excused or Prevented)

11.      Plaintiff's claims and the claims of putative class members are barred because Defendants' performance of their obligations, if any, was excused or prevented by Plaintiff's and putative class members' conduct and/or prior material breaches of their obligations.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 17

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

**Twelfth Affirmative Defense**
**(Failure to Mitigate Damages)**

12.     Plaintiff's claims and the claims of putative class members are barred or reduced because Plaintiff and putative class members failed to mitigate or reasonably attempt to mitigate their damages, if any, as required by law.

**Thirteenth Affirmative Defense**
**(Lack of Injury/Damages)**

13.     Plaintiff's claims and the claims of putative class members are barred because they have not suffered any injury or damage (monetary or otherwise) as a result of any action taken by Defendants.

**Fourteenth Affirmative Defense**
**(Proper Party)**

14.     Mr. Dwight Shaw is not a proper party to this action.

**Fifteenth Affirmative Defense**
**(Economic Loss)**

15.     Plaintiff's claims and the claims of putative class members are barred, in whole or in part, by the economic loss doctrine.

**Sixteenth Affirmative Defense**
**(Mootness)**

16.     Plaintiff's claims and the claims of putative class members are barred, in whole or in part, because they are moot.

**Seventeenth Affirmative Defense**
**(No Standing)**

17.     Plaintiff's claims and the claims of putative class members are barred, in whole or in part, because they  lack standing to assert their claims against Defendants.

**Eighteenth Affirmative Defense**
**(Class Action Inappropriate)**

18.     Defendants affirmatively state that this action is not properly brought as a class action pursuant to Federal Rule of Civil Procedure 23.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO
MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES
TO COMPLAINT (CV10-0184 RSL) - 18

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

### Nineteenth Affirmative Defense
### (Individual Actions Feasible)

19.     Defendants affirmatively state that this action is not properly brought as a class action because Mr. Dwight Shaw and most if not all of the putative class members can prosecute individual actions.

### Twentieth Affirmative Defense
### (Ratification/Consent)

20.     Plaintiff's claims and the claims of putative class members are barred, in whole or in part, because they consented to, ratified and/or approved the conduct of which they now complain.

### Twenty-First Affirmative Defense
### (Primary Jurisdiction)

21.     Plaintiff's claims and the claims of putative class members are barred by the doctrine of primary jurisdiction.

### Twenty-Second Affirmative Defense
### (Failure to Arbitrate)

22.     Plaintiff's claims and the claims of putative class members are barred by their failure to arbitrate their claims pursuant to any applicable provisions of their service agreements, if any.

### Twenty-Third Affirmative Defense
### (Failure to Give Adequate Notice and Opportunity to Cure)

23.     Plaintiff's claims and the claims of putative class members are barred for failure to give adequate notice and opportunity to cure.

### Twenty-Fourth Affirmative Defense
### (Accord and Satisfaction)

24.     Plaintiff's claims and the claims of putative class members are barred, in whole or in part, based on the doctrine of accord and satisfaction.

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 19

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

**Twenty-Fifth Affirmative Defense**
**(Release)**

25.     Plaintiff's and putative class member's actions constitute a full release of any and all claims they have or may have had against Defendants.

**Twenty-Sixth Affirmative Defense**
**(Damages Speculative)**

26.     The damages sought by Plaintiff and putative class member are barred because the Court lacks any sufficiently certain, non-speculative basis for fashioning the requested damages or other relief.

**Twenty-Seventh Affirmative Defense**
**(Lack of Irreparable Harm)**

27.     All or some of Plaintiff's and putative class members' claims for injunctive relief are barred because Plaintiff and putative class members cannot show that they have suffered or will suffer any irreparable harm from Defendants' actions.

**Twenty-Eighth Affirmative Defense**
**(Adequacy of Remedy at Law)**

28.     The alleged damage or injury suffered by Plaintiff and putative class members, if any, would be adequately compensated by damages.

**Twenty-Ninth Affirmative Defense**
**(Benefits Realized)**

29.     Plaintiff and putative class member have enjoyed the benefits of the products and services which are the subject of the Complaint, and are thereby barred from pursuing one or more of the claims for relief set forth in the Complaint.

**Thirtieth Affirmative Defense**
**(Comparative Negligence)**

30.     The injuries and damages purportedly suffered by Plaintiff and putative class members as alleged in the Complaint, if suffered at all, were ultimately caused and aggravated by the actions of Plaintiff and putative class members.  Plaintiff's and putative class members'

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO
MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES
TO COMPLAINT (CV10-0184 RSL) - 20

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

recovery against Defendants, if any, should therefore be reduced in proportion to Plaintiff's and putative class members' percentage of negligence, fault or comparative bad faith.

### Thirty-First Affirmative Defense
### (Business Judgment/Lawful Practice)

31.    The challenged conduct by Defendants constituted and constitutes a reasonable exercise of business judgment which is not forbidden by law.

### Thirty-Second Affirmative Defense
### (Intervening/Superseding Causes)

32.    Any loss, injury, or damage incurred by Plaintiff and putative class members was proximately caused by the acts of third parties whom Defendants neither controlled nor had the right to control, and was not proximately caused by any acts, omissions or other conduct of Defendants or for which Defendants are responsible.

### Thirty-Third Affirmative Defense
### (Assumption of Risk)

33.    Plaintiff and putative class members voluntarily assumed the risk of any damages sustained, and therefore, their claims are barred by the doctrine of assumption of risk.

### Thirty-Fourth Affirmative Defense
### (Misjoinder of Parties)

34.    Plaintiff and putative class members have failed to join all necessary and/or indispensable parties to this action, who are necessary for just adjudication of their claims.

### Thirty-Fifth Affirmative Defense
### (Refund)

35.    Plaintiff's claims and the claims of putative class members' claims are barred to the extent that Plaintiffs and putative class members have been refunded for any charges they now contend are improper.

### Reservation of Right to Assert Additional Defenses and Claims

Defendants have not completed their investigation and discovery regarding the facts and claims asserted by Plaintiff.  Accordingly, Defendants reserve the right to seek leave of Court to

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT (CV10-0184 RSL) - 21

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

1  add such additional affirmative defenses as may be necessary based on the ongoing investigation

2  and discovery, and to assert other defenses, cross-claims, counterclaims, and third-party claims if

3  and when they become appropriate in this action.

## XIII.   PRAYER FOR RELIEF

5  Wherefore, having stated their answer and affirmative defenses, Defendants pray for

6  relief as follows:

7  1.   That this lawsuit be dismissed with prejudice;

8  2.   That this action proceed between the named parties only, and that no class action

9  be permitted and no class certified under Federal Rule of Civil Procedure 23;

10  3.   For attorney fees and costs as permitted by law; and

11  4.   For such other and further relief as the Court deems just and proper.

12  DATED this 12th day of May, 2010.

Respectfully submitted,

PHILLIPS LAW GROUP, PLLC

By:  /s/ John W. Phillips
     John W. Phillips, WSBA #12185

Attorneys for Defendants SNACKABLE MEDIA,
LLC and PREDICTO MOBILE, LLC

DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO
MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES
TO COMPLAINT (CV10-0184 RSL) - 22

PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON  98104-2682
telephone (206) 382-6163
fax (206) 382-6168

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, I caused the foregoing document to be

electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be

electronically served on all counsel as follows:

Christopher I. Brian
Nancy A. Pacharzina
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

*Attorneys for Plaintiffs*

Charles S. Wright
Davis Wright Tremaine, LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101

Dan Marmalefsky
Tiffany Cheung
Morrison & Foerster
555 West Fifth Street
Los Angeles, CA 90013

*Attorneys for Defendant Cellco
Partnership*

Jeffrey M. Thomas
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Ave., Suite 4000
Seattle, WA 98154

Sanket J. Bulsara
William Cutler Hale Pickering & Dorr
399 Park Avenue
New York, N Y 10022

*Attorneys for Defendant OpenMarket, Inc.*

By: /s/ John W. Phillips

**DEFENDANTS SNACKABLE MEDIA, LLC AND PREDICTO
MOBILE, LLC'S ANSWER AND AFFIRMATIVE DEFENSES
TO COMPLAINT (CV10-0184 RSL) - 23**