1

2

3

4

5

6

7

8

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

DWIGHT G. SHAW, individually and on
behalf of a class of similarly situated
individuals,

                 Plaintiff,

v.

CELLCO PARTNERSHIP, a Delaware
General Partnership d/b/a Verizon Wireless;
VERIZON COMMUNICATIONS, INC., a
Delaware corporation; VODAFONE GROUP
PLC, a public limited company incorporated
in England; OPENMARKET, INC., a
Michigan corporation; SNACKABLE
MEDIA, LLC (formerly Nextweb Media,
LLC), a Nevada limited liability company;
and PREDICTO MOBILE, LLC, a Delaware
limited liability company,

                 Defendants.

NO.  2:10-cv-184 RSL

**AMENDED FOURTH JOINT REPORT
ON SETTLEMENT, AGREED
MOTION AND ORDER TO CONTINUE
STAY OF PROCEEDINGS AGAINST
ALL DEFENDANTS**

**Noted on Motion Calendar:
August 3, 2010.**

22

23

24

25

## I.  AMENDMENT OF PRIOR PLEADING

      Pursuant to the Court's Order of July 2, 2010 (Dkt. No. 24), Plaintiff and all remaining

defendants[1] submitted a report on the progress of settlement negotiations on July 30, 2010

26

27

---

[1] Defendants Verizon Communications, Inc. and Vodafone Group PLC have been dismissed from this action
without prejudice. (Dkt. No. 2).

AMENDED FOURTH JOINT REPORT ON SETTLEMENT,
AGREED MOTION AND ORDER TO CONTINUE STAY OF
PROCEEDINGS AGAINST ALL DEFENDANTS
(NO.  2:10-CV-184 RSL) - 1
4989/001/236106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

(Dkt. No. 25).  That filing, however, inadvertently contained information that was dated and no longer accurate.  As such, the parties jointly submit this "Amended Fourth Joint Report on Settlement, Agreed Motion and [Proposed] Order to Continue Stay of Proceedings Against All Defendants" and request the Court strike or disregard the prior pleading filed at Docket No. 25.

## II.  REPORT ON SETTLEMENT NEGOTIATIONS AND AGREED MOTION TO CONTINUE STAY

As reported previously, OpenMarket and counsel representing plaintiffs in several Related Actions have agreed to a settlement in principle (the "OpenMarket Settlement") which will resolve Plaintiff's claims against all defendants in this action.  Because the settlement now encompasses several additional parties it has taken longer to finalize than anticipated at the time the parties filed the last report.  The parties now anticipate filing preliminary approval papers in an appropriate court in August.  As such, the Parties jointly request the Court extend the stay in this case until August 30, 2010 (for another 30 days).

In sum, all parties jointly move this Court to enter an order providing:

1.      The Parties' Agreed Motion to Continue to Stay these proceedings as to all claims is **GRANTED**.

2.      This action, in its entirety, is hereby **STAYED** in all aspects through August 30, 2010.

3.      The Parties shall report to the Court on the progress of settlement discussions by August 30, 2010.

4.      The deadline for OpenMarket and Verizon Wireless to answer or otherwise respond to Plaintiff's Complaint is extended until September 20, 2010, twenty-one (21) days after this stay terminates.

Respectfully submitted this 3rd day of August, 2010 by:

AMENDED FOURTH JOINT REPORT ON SETTLEMENT,
AGREED MOTION AND ORDER TO CONTINUE STAY OF
PROCEEDINGS AGAINST ALL DEFENDANTS
(NO.  2:10-CV-184 RSL) - 2
4989/001/236106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **GORDON TILDEN THOMAS & CORDELL LLP** |
| By:  /s/Nancy A. Pacharzina<br>Christopher I. Brain, WSBA #5054<br>Nancy A. Pacharzina, WSBA #25946<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Tel:     206.682.5600<br>Fax:    206.682.2992<br>npacharzina@tousley.com<br><br>*Attorneys for Plaintiffs* | By:  /s/ Jeffrey M. Thomas<br>    Jeffrey M. Thomas<br>    1001 Fourth Ave, Suite 4000<br>    Seattle, WA 98154-1007<br>    Tel:  (206) 467-6477<br>    Fax:  (206) 467-6292<br>    jthomas@gordontilden.com<br><br>    Sanket J. Bulsara<br>    WILMERHALE LLP<br>    399 Park Avenue<br>    New York, New York 10022<br>    Tel:    212.230.8800<br>    Fax:   212.230.8888<br>    sanket.bulsara@wilmerhale.com<br><br>    *Attorneys for Defendant OpenMarket, Inc.*<br><br>**DAVIS WRIGHT TREMAINE LLP**<br><br>By:    /s/Charles S. Wright<br>    Charles S. Wright<br>    1201 Third Avenue, Suite 2200<br>    Seattle, WA 98101-3045<br>    Tel:  206.757.8175<br>    Fax:  206.757.7175<br>    charleswright@dwt.com<br><br>    *Attorneys for Defendant Cellco Partnership*<br><br>**PHILLIPS LAW GROUP, PLLC**<br>By: /s/John W. Phillips<br>    John W. Phillips<br>    315 Fifth Avenue South, Suite 1000<br>    Seattle, WA 98104-2682<br>    Tel:  206-382-6163<br>    Fax:  206-382-6168<br>    jphillips@jphillipslaw.com<br><br>    *Attorneys for Defendants Snackable Media, LLC and Predicto Mobile, LLC* |

AMENDED FOURTH JOINT REPORT ON SETTLEMENT,
AGREED MOTION AND ORDER TO CONTINUE STAY OF
PROCEEDINGS AGAINST ALL DEFENDANTS
(NO.  2:10-CV-184 RSL) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

### III.  ORDER

**IT IS SO ORDERED.**


**DATED:  August 9, 2010.**



*Mark S Lasnik*
The Honorable Robert S. Lasnik
United States District Court Judge

AMENDED FOURTH JOINT REPORT ON SETTLEMENT,
AGREED MOTION AND ORDER TO CONTINUE STAY OF
PROCEEDINGS AGAINST ALL DEFENDANTS
(NO.  2:10-CV-184 RSL) - 4
4989/001/236106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992