The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT G. SHAW, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless; VERIZON COMMUNICATIONS, INC., a Delaware corporation; VODAFONE GROUP PLC, a public limited company incorporated in England; OPENMARKET, INC., a Michigan corporation; SNACKABLE MEDIA, LLC (formerly Nextweb Media, LLC), a Nevada limited liability company; and PREDICTO MOBILE, LLC, a Delaware limited liability company,<br><br>Defendants. | NO.  2:10-cv-184 RSL<br><br>**PLAINTIFF'S STATUS REPORT ON ILLINOIS SETTLEMENT** |

### REPORT ON SETTLEMENT

Plaintiff submits this status report pursuant to the Court's Order of August 31, 2010 (Dkt. No. 29).  This case is stayed pending the conclusion of settlement proceedings in *Walker et al. v. Cellfish Media, LLC,* Case No. 08 CH 40592, Circuit Court of Cook County, Illinois, County Dept., Chancery Division, filed October 28, 2008 (the "*Walker Action*").  (*Id)*.

PLAINTIFF'S STATUS REPORT ON ILLINOIS
SETTLEMENT
(NO.  2:10-CV-184 RSL) - 1
4989/001/238849.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

The Illinois Circuit Court granted preliminary approval to the proposed settlement in the *Walker Action* on September 13, 2010. Plaintiffs began implementation of the approved notice plan shortly thereafter.   A final fairness hearing is scheduled for January 14, 2011.

The next status report will be filed January 1, 2011.

Respectfully submitted this 30th day of November, 2010 by:

**TOUSLEY BRAIN STEPHENS PLLC**

By:  /s/Nancy A. Pacharzina

Nancy A. Pacharzina, WSBA #25946
Christopher I. Brain, WSBA #5054
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
Tel:    206.682.5600
Fax:    206.682.2992
npacharzina@tousley.com

*Attorneys for Plaintiff*

**PLAINTIFF'S STATUS REPORT ON ILLINOIS SETTLEMENT**
(NO.  2:10-CV-184 RSL) - 2
4989/001/238849.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I mailed the foregoing documents to the following:

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL  LLP
1001 Fourth Ave, Suite 4000
Seattle, WA 98154-1007
   -and-
Sanket J. Bulsara
WILMERHALE  LLP
399 Park Avenue
New York, new York 10022

*Attorneys for Defendant OpenMarket, Inc.*

David C. Rimas
KLEIN ZELMAN ROTHERMAN LLP
485 Madison Avenue
New York, NY 10022-5803

*Attorneys for Defendants Predicto Mobile, LLC and Snackable Media, LLC*

DATED at Seattle, Washington, this 30th day of November, 2010.

By:  /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
npacharzina@tousley.com
Attorneys for Plaintiffs
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
Tel:  206.682.5600

PLAINTIFF'S STATUS REPORT ON ILLINOIS SETTLEMENT
(NO.  2:10-CV-184 RSL) - 3
4989/001/238849.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992