| | |
|---|---|
| | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT G. SHAW, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless; VERIZON COMMUNICATIONS, INC., a Delaware corporation; VODAFONE GROUP PLC, a public limited company incorporated in England; OPENMARKET, INC., a Michigan corporation; SNACKABLE MEDIA, LLC (formerly Nextweb Media, LLC), a Nevada limited liability company; and PREDICTO MOBILE, LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendants. | NO.  2:10-cv-184 RSL<br><br>**PLAINTIFF'S STATUS REPORT ON ILLINOIS SETTLEMENT** |

**REPORT ON SETTLEMENT**

Plaintiff submits this status report pursuant to the Court's Order of August 31, 2010 (Dkt. No. 29). This case is stayed pending the conclusion of settlement proceedings in *Walker et al. v. Cellfish Media, LLC,* Case No. 08 CH 40592, Circuit Court of Cook County, Illinois, County Dept., Chancery Division, filed October 28, 2008 (the "*Walker Action*"). (*Id).*

---

PLAINTIFF'S STATUS REPORT ON ILLINOIS
SETTLEMENT
(NO.  2:10-CV-184 RSL) - 1
4989/001/238849.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

A final fairness hearing is scheduled in the *Walker Action* for January 14, 2011.

The next status report will be filed February 1, 2011.

Respectfully submitted this 30th day of December, 2010 by:

                    **TOUSLEY BRAIN STEPHENS PLLC**

By: /s/Nancy A. Pacharzina

Nancy A. Pacharzina, WSBA #25946
Christopher I. Brain, WSBA #5054
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel:   206.682.5600
Fax:   206.682.2992
npacharzina@tousley.com

*Attorneys for Plaintiff*

**PLAINTIFF'S STATUS REPORT ON ILLINOIS SETTLEMENT**
(NO. 2:10-CV-184 RSL) - 2
4989/001/238849.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I mailed the foregoing documents to the following:

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Ave, Suite 4000
Seattle, WA 98154-1007
  -and-
Sanket J. Bulsara
WILMERHALE LLP
399 Park Avenue
New York, new York 10022

*Attorneys for Defendant OpenMarket, Inc.*

David C. Rimas
KLEIN ZELMAN ROTHERMAN LLP
485 Madison Avenue
New York, NY 10022-5803

*Attorneys for Defendants Predicto Mobile, LLC and Snackable Media, LLC*

DATED at Seattle, Washington, this 30th day of December, 2010.

By: /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
npacharzina@tousley.com
Attorneys for Plaintiffs
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600

PLAINTIFF'S STATUS REPORT ON ILLINOIS SETTLEMENT
(NO. 2:10-CV-184 RSL) - 3
4989/001/238849.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992