|     |     |
| --- | --- |
|     | THE HONORABLE ROBERT S. LASNIK |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT G. SHAW, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless; VERIZON COMMUNICATIONS, INC., a Delaware corporation; VODAFONE GROUP PLC, a public limited company incorporated in England; OPENMARKET, INC., a Michigan corporation; SNACKABLE MEDIA, LLC (formerly Nextweb Media, LLC), a Nevada limited liability company; and PREDICTO MOBILE, LLC, a Delaware limited liability company,<br><br>Defendants. | NO. 2:10-cv-184<br><br>NOTICE OF WITHDRAWAL |

TO:     ALL PARTIES OF RECORD

NOTICE IS HEREBY GIVEN that, upon filing, Nancy A. Pacharzina of Tousley Brain Stephens PLLC, 1700 Seventh Avenue, Suite 2200, Seattle, Washington, withdraws as counsel for Plaintiff. Christopher I. Brain of Tousley Brain Stephens PLLC remains counsel of record for Plaintiff.

**NOTICE** OF WITHDRAWAL
(NO. 2:10-CV-184) - 1
4989/001/239614.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1 | DATED this 30th day of January, 2011.

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ Nancy A. Pacharzina
    Nancy A. Pacharzina, WSBA #38844

*Withdrawing Attorney*

DATED this 30th day of January, 2011.

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Christopher I. Brain*
    Christopher I. Brain, WSBA #5054
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101
    Tel: 206.682.5600
    Fax: 206.682.2992

*Attorneys for Plaintiff*

**NOTICE** OF WITHDRAWAL
(NO. 2:10-CV-184) - 2
4989/001/239614.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and I mailed the foregoing documents to the following:

Jeffrey M. Thomas
GORDON TILDEN THOMAS & CORDELL  LLP
1001 Fourth Ave, Suite 4000
Seattle, WA 98154-1007
   -and-
Sanket J. Bulsara
WILMERHALE  LLP
399 Park Avenue
New York, new York 10022

*Attorneys for Defendant OpenMarket, Inc.*

David C. Rimas
KLEIN ZELMAN ROTHERMAN LLP
485 Madison Avenue
New York, NY 10022-5803

*Attorneys for Defendants Predicto Mobile, LLC and Snackable Media, LLC*

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Christopher I. Brain*
   Christopher I. Brain, WSBA #5054
   1700 Seventh Avenue, Suite 2200
   Seattle, Washington  98101
   Tel:  206.682.5600
   Fax:  206.682.2992

*Attorneys for Plaintiff*

NOTICE OF WITHDRAWAL
(NO.  2:10-CV-184) - 3
4989/001/239614.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992