The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DWIGHT G. SHAW, individually and on
behalf of a class of similarly situated
individuals,

               Plaintiff,

v.

CELLCO PARTNERSHIP, a Delaware
General Partnership d/b/a Verizon Wireless;
VERIZON COMMUNICATIONS, INC., a
Delaware corporation; VODAFONE GROUP
PLC, a public limited company incorporated
in England; OPENMARKET, INC., a
Michigan corporation; SNACKABLE
MEDIA, LLC (formerly Nextweb Media,
LLC), a Nevada limited liability company;
and PREDICTO MOBILE, LLC, a Delaware
limited liability company,

               Defendants.

NO.  2:10-cv-184 RSL

JOINT STIPULATION FOR
VOLUNTARY DISMISSAL

## I.  RECITALS

1.      On January 14, 2011, the Illinois state court granted final approval of the class

settlement in *Walker et al. v. Cellfish Media, LLC,* Case No. 08 CH 40592, Circuit Court of

Cook County, Illinois, County Dept., Chancery Division (the "*Walker Action*").

2.      The approval order became final on February 13, 2011.

JOINT STIPULATION FOR VOLUNTARY DISMISSAL
(NO.  2:10-CV-184 RSL) - 1
4989/001/241223.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

3.      The settlement in the *Walker Action* applies to the purported class in the above entitled action, and the claims against all Defendants in this action have been resolved.

4.      No class has been certified in the above entitled action.

## II.  STIPULATION

IT IS STIPULATED among the parties, through their undersigned counsel of record, that the above entitled case is to be dismissed with prejudice and without an award of attorney's fees and costs, or prevailing party fees to any of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this _____ day of March, 2011.

JOINT STIPULATION FOR VOLUNTARY DISMISSAL
(NO.  2:10-CV-184 RSL) - 2
4989/001/241223.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **GORDON TILDEN THOMAS &**<br>  **CORDELL  LLP** |
| By:_ /s/Mary B. Reiten<br>Christopher I. Brain, WSBA #5054<br>Mary B. Reiten, WSBA #33623<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington  98101<br>Tel:     206.682.5600<br>Fax:    206.682.2992<br>mreiten@tousley.com<br><br>*Attorneys for Plaintiffs* | By:  /s/ Jeffrey M. Thomas<br>   Jeffrey M. Thomas<br>   1001 Fourth Ave, Suite 4000<br>   Seattle, WA 98154-1007<br>   Tel:  (206) 467-6477<br>   Fax:  (206) 467-6292<br>   jthomas@gordontilden.com<br><br>   Sanket J. Bulsara<br>   WILLIAM CUTLER HALE<br>   PICKERING & DORR<br>   399 Park Avenue<br>   New York, New York 10022<br>   Tel:    212.230.8800<br>   Fax:   212.230.8888<br>   sanket.bulsara@wilmerhale.com<br><br>   *Attorneys for Defendant OpenMarket,*<br>   *Inc.*<br><br><br>**DAVIS WRIGHT TREMAINE, LLP**<br><br>By:    /s/Charles S. Wright<br>   Charles S. Wright<br>   1201 Third Avenue, Suite 2200<br>   Seattle, WA 98101-3045<br>   Tel:  206.757.8175<br>   Fax:  206.757.7175<br>   charleswright@dwt.com<br><br>   Dan Marmalefsky<br>   Penelope A. Preovolos<br>   Tiffaney Cheung<br>   MORRISON & FOERSTER<br>   555 West Fifth Street<br>   Los Angeles, CA 90013<br>   Tel: 213.892.5200<br>   Fax: 213.892.5454<br>   dmarmalefsky@mofo.com<br>   tcheung@mofo.com<br><br>   *Attorneys for Defendant Cellco*<br>   *Partnership* |

**JOINT** STIPULATION FOR VOLUNTARY DISMISSAL
(NO.  2:10-CV-184 RSL) - 3
4989/001/241223.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 ● FAX  206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2011, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, and provided a copy via U.S. Mail, postage

prepaid, to the following:

Tiffany Cheung                                    Richard B. Newman
MORRISON FOERESTER LLP                            KLEIN ZELMAN ROTHERMEL LLP
555 West Fifth Street                             485 Madison Avenue
Los Angeles, CA 90013                             New York, NY  10022

*Attorneys for Cellco Partnership*               *Attorneys for Predicto Mobile, LLC and
                                                  Snackable Media, LLC*

Sanket Bulsara
WILMER HALE
399 Park Avenue
New York, NY 10022

*Attorneys for OpenMarket, Inc.*

DATED at Seattle, Washington, this 8th day of March, 2011.


By:  /s/ Mary B. Reiten
       Mary B. Reiten, WSBA #33623
       mreiten@tousley.com
       Attorneys for Plaintiffs
       TOUSLEY BRAIN STEPHENS PLLC
       1700 Seventh Avenue, Suite 2200
       Seattle, Washington  98101
       Tel:  206.682.5600

JOINT STIPULATION FOR VOLUNTARY DISMISSAL
(NO.  2:10-CV-184 RSL) - 4
4989/001/241223.1