The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

9

10

11

12

13

14

15

16

17

18

19

20

21

DWIGHT G. SHAW, individually and on behalf of a class of similarly situated individuals,

          Plaintiff,

v.

CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless; VERIZON COMMUNICATIONS, INC., a Delaware corporation; VODAFONE GROUP PLC, a public limited company incorporated in England; OPENMARKET, INC., a Michigan corporation; SNACKABLE MEDIA, LLC (formerly Nextweb Media, LLC), a Nevada limited liability company; and PREDICTO MOBILE, LLC, a Delaware limited liability company,

          Defendants.

NO.  2:10-cv-184 RSL

ORDER OF VOLUNTARY DISMISSAL

22

23

24

25

26

27

     Based on the Joint Stipulation for Voluntary Dismissal submitted by the parties that the above entitled action is to be dismissed with prejudice and without an award of attorneys' fees, costs or prevailing party fees to any parties:

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

1

2

3

     IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice and without an award of attorneys' fees, costs, or prevailing party fees to any of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4

**IT IS SO ORDERED.**

5

6

     DATED this _____ day of March, 2011.

7

8

9

_____

10

The Honorable Robert S. Lasnik
United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER OF VOLUNTARY DISMISSAL
(NO.  2:10-CV-184 RSL) - 2
4989/001/241224.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on March 8, 2011, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system, and provided a copy via U.S. Mail, postage

4

prepaid, to the following:

5

Tiffany Cheung
6   MORRISON FOERESTER LLP
555 West Fifth Street
7   Los Angeles, CA 90013

Richard B. Newman
KLEIN ZELMAN ROTHERMEL LLP
485 Madison Avenue
New York, NY  10022

8

*Attorneys for Cellco Partnership*
9

*Attorneys for Predicto Mobile, LLC and
Snackable Media, LLC*

Sanket Bulsara
10   WILMER HALE
399 Park Avenue
11   New York, NY 10022

12   *Attorneys for OpenMarket, Inc.*

13

DATED at Seattle, Washington, this 8th day of March, 2011.
14

15

By: /s/ Mary B. Reiten
16        Mary B. Reiten, WSBA #33623
mreiten@tousley.com
17        Attorneys for Plaintiffs
TOUSLEY BRAIN STEPHENS PLLC
18        1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
19        Tel:  206.682.5600

20

21

22

23

24

25

26

27

ORDER OF VOLUNTARY DISMISSAL
(NO.  2:10-CV-184 RSL) - 3
4989/001/241224.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992